EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TEL NO.: |
| --- | --- |

[X] Recording requested by and return to:

Patrick M. Murphy
Law Firm of Guttilla & Murphy, PC
4150 West Northern Avenue
Phoenix, Arizona

*ISSUED*

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

NAME OF COURT: USDC, Eastern District of Calif
STREET ADDRESS: 2500 Tulare St., Room 1501
MAILING ADDRESS: Fresno, California 93721
CITY AND ZIP CODE:
BRANCH NAME: Fresno

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Lawrence J. Warfield, as the Receiver for Resource Development Int'l, et. al

DEFENDANT: Bob L. Byron, et. al

| **ABSTRACT OF JUDGMENT**   ☐ Amended | CASE NUMBER: 05 MC 00053 |
| --- | --- |

1. The [X] judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:

a. Judgment debtor's

Name and last known address

Mary Clagg
445 East Heaton Avenue
Fresno, California 93727

b. Driver's license No. and state:                    [X] Unknown
c. Social security No.:  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                    ☐ Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to (name and address): Foreign Judgment registered
with U.S.D.C., Eastern District of California on 12-5-05

e. ☐ Original abstract recorded in this county:
   (1) Date:
   (2) Instrument No.:

f. ☐ Information on additional judgment debtors is shown on page two.

Date: ~~January~~ February 23 , 2006

Patrick M. Murphy
(TYPE OR PRINT NAME)

*FOR COURT USE ONLY*

(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
      of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

6. Total amount of judgment as entered or last renewed:
   $702,511.00

7. [X] An ☐ execution lien [X] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $702,511.00

3. Judgment creditor (name and address):
Lawrence J. Warfield, Receiver
Warfield & Co., 14555 N. Scottsdale Rd., #340

b. In favor of (name and address): Lawrence J. Warfiel
Warfield & Co.
14555 N. Scottsdale, #340
Scottsdale, AZ 85254

4. Judgment debtor (full name as it appears in judgment):Scottsdale, AZ 85254
Mary Clagg, 445 East Heaton Ave., Fresno, California 93727

[SEAL]

5. a. Judgment entered on
      (date): 12/5/05
   b. Renewal entered on
      (date):
   c. Renewal entered on
      (date):

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. ☐ been ordered by the court effective until
      (date):
9. ☐ This judgment is an installment judgment.

This abstract issued on (date):
FEB 28 2006

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2002]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190