# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. WARFIELD,<br><br>　　　　PLAINTIFF,<br><br>VS.<br><br>BOB L. BYRON, et al.,<br><br>　　　　DEFENDANTS.<br>_____ / | Case Number: 1:05-mc-00053 LJO<br><br>NOTICE OF RE-SET<br>DEBTOR'S EXAMINATION<br>AND ORDER TO APPEAR FOR<br>RE-SET DEBTOR'S EXAMINATION |

　　　　Due to the elevation of United States Magistrate Judge Lawrence J. O'Neill, and the impending temporary re-assignment of the captioned case to United States Magistrate Judge Theresa A. Goldner,

　　　　YOU ARE NOTIFIED that:

　　　　The Debtor's Examination of Judgment Debtor Mary Clagg currently set for February 23, 2007 at 9:00 a.m. is VACATED and RESET for March 22, 2007 at 1:30 p.m. before Judge Goldner, at the United States District Court, 2500 Tulare Street, 6th Floor, Courtroom #8, Fresno, California, 93721. Counsel and/or parties are to contact the Courtroom Deputy Clerk, Alan Leon Guerrero for any questions at (661) 326-6620 or via email at aleonguerrero@caed.uscourts.gov.

　　　　Judgment Debtor Mary Clagg is ORDERED TO APPEAR at the re-set Debtor's Examination on March 22, 2007 at 1:30 p.m. at the United States District Court, 2500 Tulare Street, 6th Floor, Courtroom #8, Fresno, California, 93721, and is ORDERED TO BRING WITH HER TO THE DEBTOR'S EXAMINATION all documents described in the Notice to Attend and Produce Documents at Debtor's Examination dated December 11, 2006 and filed on December 28, 2006 (Doc. 5).

///

1    Plaintiff's counsel shall cause a copy of this Notice of Re-Set Debtor's Examination and Order to Appear for Re-Set Debtor's Examination to be served upon Judgment Debtor Mary Clagg, and to file a proof of service thereof with the Court.

IT IS SO ORDERED.

Dated:   **February 14, 2007**                                         **/s/ Theresa A. Goldner**
**j6eb3d**                                                                       UNITED STATES MAGISTRATE JUDGE