THE GUERRINI LAW FIRM
John D. Guerrini  (190972)
Matthew J. Taylor (241113)
750 East Green Street - Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff Lawrence J. Warfield,
as the Receiver for Resource Development, et. al.
[2526]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. WARFIELD, AS THE RECEIVER FOR RESOURCE DEVELOPMENT, et. al., <br><br> Plaintiff, <br><br> vs. <br><br> BOB L. BYRON et. al. <br><br> Defendants. | CASE NO. 1:05-mc-00053 LJO <br><br> **REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> [Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure] <br><br> [No Hearing Required] |

Plaintiff LAWRENCE J. WARFIELD, as the Receiver for Resource Development, et al., pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, request that American Legal Support Services, Inc. who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and

/ / /

/ / /

/ / /

/ / /

/ / /

REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

appointed to serve the writs in the above case.  The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Dated:  7/24/2007

                                        /s/ Sandra M. Snyder
                                        SANDRA M. SNYDER
                                        United States Magistrate Judge

REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER